# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: ) Case No.: 20-62169 LRC

Cynthia Anderson-Grayson )
)
) Chapter: Chapter 7
)
Debtor(s) 2nd Motion For Continuance And Reset Hearing(s)

Comes Now the Debtor, Cynthia Anderson-Grayson, who hereby moves the court to reset the missed meeting of creditors of Chapter 7 on 6/23/20 at 1:20pm for a later date satisfactory to the court. Debtor respectfully submits the following in support of this motion:

(I) Debtor had been overcome by illness previous to the case herein to which Debtor has to maintain a high frequency of doctor visits.

(II) Debtor was attempting a regularly scheduled appointment at Grady Memorial Cancer Center clinic scheduled for 11:30am on 6/23/20 to which is usually a 1/2 to 2 1/2 hr appointment.

(III) Debtor was succombed to unusal, unforseeable circumstances due to the current state of Covid-19 Pandemic to which normal procedures are out-of-normal causing some situations to be drastically out-of-normal. See Attachment(s):

Dated: 7-29/2020

Signature: Cynthia Anderson-Grayson

Printed Name: CYNTHIA ANDERSON-GRAYSON

Address: C/o Michael Grayson
2435 Haverford Way
Decatur, Georgia 30032

Phone: #770.676.1556

[Filed in Clerk's Office U.S. Bankruptcy Court Northern District of Georgia, 2020 JUL 29 PM 1:51, M. Regina Thomas Clerk]

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: _____ )   Case No: 20-62169 LRC
Cynthia Anderson-Grayson    )   Chapter 7
_____ )
                                )
         Debtor(s)              )

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the _____ day of _____, 20__, I served a copy of 2nd Motion For Continuance and Reset Hearing(s) which was filed in this bankruptcy matter on the 29 day of 7, 20 20.

Mode of service (check one):    ☑ MAILED    ☐ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 7-29-2020

Signature: Cynthia Anderson-Grayson
Printed Name: CYNTHIA ANDERSON-GRAYSON
Address: c/o Michael Grayson
2435 Haverford Way
Decatur, Georgia 30032
#770.676.1556
Phone:

(Generic Certificate of Service – Revised 4/13)

20-82169-LRC

7-29-2020

```
Cadence                        GRADY   HEALTH   SYSTEM                        Page : 1
Scheduling                     GHS   INFUSION   CENTER            Printed : 5/19/20 12:00
                               Patient Future Appointments


Grayson, Cynth*  -████5820    DOB: ██████        Age: 62 yrs
1699 BREABURN DR                                                   Sex:  Female
ATLANTA  Georgia    30316                    Reg Sts:
Home: 770-676-1556         Work:              HCL:                 SS#:  xxx-xx-3019


Account  Name         Account#    Sts Use Payor- Plan                      Pat Balance
-------------------------------------------------------------------------------------
Date            Time     Lng   Dept   Prv/Rsc        Visit  Type   Notes
-------------------------------------------------------------------------------------

5/19/20  Tue   11:30   120   INFUS  GHS INFUSION * I2          KEYTRUDA
                                                                need labs
06/03/20 Wed    9:45    15   LNH/HE VALE, COLIN A* Follow Up
06/09/20 Tue    1:30   120   INFUS  GHS INFUSION * I2          KEYTRUDA
06/23/20 Tue   11:30    90   PALL O NNAJI, CHINON* Follow Up
```